STATE OF CONNECTICUT *v.* WENDELL IRVING

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 279, is denied.

*Leopold P. DeFusco,* special public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided May 21, 1992

HENRY FRIEDLANDER *v.* SAUL KWARTIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 901, is denied.

*Henry Friedlander,* pro se, in support of the petition.

Decided May 21, 1992

STATE OF CONNECTICUT *v.* LESBURN HARVEY

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 171, is denied.